IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. **5:10-CV-412-F**

| | |
|---|---|
| Narendra and Padmavathi **MAVILLA**, ) <br> *Plaintiffs* ) <br> ) <br> v. ) <br> ) <br> **ABSOLUTE COLLECTION SERVICE, INC.**, ) <br> *Defendants* ) <br> / | **PLAINTIFFS' MOTION TO COMPEL DISCOVERY PER FED.R.CIV.P. 37(a)(3(B) & FOR PROTECTIVE ORDER PER FED.R.CIV.P. 26(c)** |

Plaintiffs Narendra and Padmavathi Mavilla request an order compelling Defendant ACS to produce within 10 days its federal and state tax returns for the last three tax years and its audited financial statements for the last three fiscal years, or in the alternative that ACS be deemed to have the ability to pay punitive damages or that it not be allowed to raise inability to pay as a defense to punitive damages, and that this Court would enter a protective order substantially similar to the attached proposed order for all parties' confidential information.

Counsel certifies that the parties have discussed on several occasions, including but not limited to Plaintiffs' depositions on 01 June 2012 and Defendant's deposition on 14 June 2012, Plaintiff's request for ACS's financial information and agreement to a protective order, but were unable to work out a mutual solution.

Respectfully submitted this **06 July 2012**,

/s/Christopher W. Livingston
Christopher W. Livingston
Counsel for Plaintiffs
PO Box 220
White Oak NC 28399
Phone 910 876 7001
Fax 910 866 4948
**chrisatty@hotmail.com**
NC State Bar No. 27282
LR 83.1 Counsel

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **06 July 2012** I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of such filing to Jennifer D. Maldonado, Esq., Yates, McLamb & Weyher, LLP, PO Box 2889, Raleigh NC 27602, **jmaldonado@ymwlaw.com**, counsel for Defendant Absolute Collection Service, Inc.

    /s/Christopher W. Livingston
    Christopher W. Livingston
    Counsel for Plaintiffs
    PO Box 220
    White Oak NC 28399
    Phone 910 876 7001
    Fax 910 866 4948
    **chrisatty@hotmail.com**
    NC State Bar No. 27282
    LR 83.1 Counsel