IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:10-CV-00412-F

NARENDRA MAVILLA and
PADMAVATHI MAVILLA,

        Plaintiffs,

vs.

ABSOLUTE COLLECTION SERVICE, INC.,

        Defendant.

**ORDER**

THIS MATTER came before the undersigned on the defendant's Motion to File Documents Under Seal, including a request that the following documents be filed under Court seal: (1) Exhibit A to the Motion for Extension of Time to Identify Expert Witness (the "Motion"), filed by the defendant on July 17, 2012 [DE-46-1]; and (2) Exhibit A to the Brief in Support of Motion for Extension of Time to Identify Expert Witness (the "Brief")[DE-47-1], filed by the defendant contemporaneously with the Motion. Having reviewed the materials presented to it, the Court hereby Orders:

1. That the Clerk of Court is DIRECTED to maintain (1) Exhibit A to the Motion for Extension of Time to Identify Expert Witness [DE-46-1]; and (2) Exhibit A to the Brief in Support of the Motion for Extension of Time to Identify Expert Witness [DE-47-1] (collectively, the "Exhibits") UNDER SEAL.

2. That the sealed, confidential Exhibits shall remain confidential and shall not be opened and their contents revealed except upon notice to all parties and their counsel of record

and only following reasonable notice and an adequate opportunity to be heard in an appropriate Court of competent jurisdiction.

SO ORDERED, this the 19th day of July, 2012.

_____
James C. Fox
Senior United States District Judge