NARENDRA MAVILLA and PADMAVATHI )
MAVILLA, )
       Plaintiffs, )
        ) **JUDGMENT IN A CIVIL CASE**
   v. ) **CASE NO. 5:10-CV-412-F**
        )
ABSOLUTE COLLECTION SERVICE, INC., )
       Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that Absolute Collection Service, Inc., Motion for Summary Judgment is ALLOWED. The Mavilla's Motion for Partial Summary Judgment is DENIED. The Clerk of Court is DIRECTED to enter judgment accordingly.

**This Judgment Filed and Entered on January 10, 2013, and Copies To:**

Christopher W. Livingston (via CM/ECF Notice of Electronic Filing)
Jennifer Maldonado (via CM/ECF Notice of Electronic Filing)
Sean T. Partrick (via CM/ECF Notice of Electronic Filing)


DATE                                            JULIE A. RICHARDS, CLERK
January 10, 2013                          /s/ Susan K. Edwards
                                                           (By) Susan K. Edwards, Deputy Clerk