UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NARENDRA MAVILLA and )
PADMAVATHI MAVILLA )
         Plaintiffs, ) **JUDGMENT**
v. ) No. 5:10-CV-412-F
)
ABSOLUTE COLLECTION )
SERVICE, INC. and WAKEMED )
FACULTY PHYSICIANS, )
         Defendants. )

**Decision by Court.**

This action came before Julie Richards Johnston, Clerk of Court, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that, pursuant to the court's order entered 9/23/2014 [DE-95], Plaintiffs' objection that Defendant's Motion for Bill of Costs [DE-92] was untimely filed is granted as to the district court costs and Plaintiffs' objection that an award of costs is manifestly unjust is denied as moot. A review of Defendant's bill of costs fails to show sufficient information that Defendant incurred any costs under Fed.R.App.P. 39(e) and any such costs are denied without prejudice. All other costs are waived under Local Civil Rule 54.1(a)(3) and Fed.R.App.P.39(d).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, pursuant to the court's order entered 9/17/2015 [DE-98], Plaintiffs' objection to the Defendant's Supplemental Motion for Bill of Costs [DE-96] is granted. Defendant's request for costs under Fed. R. App. P. 39(e) is disallowed.

**This Judgment Filed and Entered on October 2, 2015, and Copies To:**

Christopher W. Livingston (via CM/ECF electronic notification)
Jennifer D. Maldonado (via CM/ECF electronic notification)
Sean T. Partrick (via CM/ECF electronic notification)


DATE                                      JULIE RICHARDS JOHNSTON, CLERK
October 2, 2015                     /s/ Jacqueline B. Grady
                                                     (By) Jacqueline B. Grady, Deputy Clerk